# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2013-1479

01 COMMUNIQUE LABORATORY, INC.,

Plaintiff-Appellant,

v.

LOGMEIN, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-1007, Judge Claude M. Hilton.

# DOCKETING STATEMENT

*This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.*

**Name of the party you represent**:

LogMeIn, Inc. ("LogMeIn")

**Party is**:  Appellee

**Tribunal appealed from and Case No.**:  United States District Court for the Eastern District of Virginia.  Case No. 10-CV-1007.

**Date of Judgment/Order**:  June 25, 2013 and January 22, 2013

**Type of Case**:  Patent Infringement

**Relief sought on appeal**:

On appeal, LogMeIn seeks affirmance of the judgment of non-infringement.

On cross-appeal, LogMeIn will seek reversal of the judgment that U.S. Patent No 6,928,479 ("the '479 patent") is not invalid and is not unenforceable for inequitable conduct.

On cross-appeal, LogMeIn will seek reversal of the Court's denial of LogMeIn's motion to dismiss for failure to join an indispensable party.

**Relief awarded below (if damages, specify)**:

Judgment of non-infringement.

**Briefly describe the judgment/order appealed from**:

The district court entered final judgment that LogMeIn does not infringe the '479 patent and that the '479 patent is not invalid and not unenforceable for inequitable conduct.

The district court ruled that third-party Wi-LAN is not a necessary and indispensable party such that the case should be dismissed without its joinder.

**Nature of judgment**:

Final Judgment pursuant to 28 U.S.C. § 1295.

**Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued**:

This case was previously before this Court in *01 Communique Laboratory, Inc. v. LogMeIn, Inc.*, Appeal No. 2011-1403.

The writing judge for the Court's opinion in Appeal No. 2011-1403 was the Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation. *See 01 Communique Laboratory, Inc. v. LogMeIn, Inc.*, 687 F.3d 1292 (Fed. Cir. 2012).

**Brief statement of the issues to be raised on appeal**:

Issue on Appeal:

- Whether there is substantial evidence to support the jury's verdict of noninfringement.

Issues on Cross-Appeal:

- Whether there is substantial evidence to support the jury's verdict that the '479 patent is not invalid and whether the '479 patent is enabled as a matter of law.

- Whether the district court erred in finding that the '479 patent is not unenforceable due to inequitable conduct before the U.S. Patent and Trademark Office.

- Whether the district court erred in finding that Wi-LAN was not a necessary and indispensable party such that the case should be dismissed without its joinder.

**Have there been discussions with other parties relating to settlement of this case?**

Yes.

**If "yes," when were the last such discussions?**

During the pendency of the case below.

**If "yes," were the settlement discussions mediated?**

Yes.

**If they were mediated, by whom?**

United States Magistrate Judge Thomas Rawles Jones, Jr.

**Do you believe that this case may be amenable to mediation?**

No.

**If you answered no, explain why not:**

The parties have discussed and exhausted the options for potential settlement.

**Provide any other information relevant to the inclusion of this case in the court's mediation program.**

None.

---

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 12th day of July, 2013, by Electronic Means (CM/ECF).


Arthur W. Coviello                                Signature of Counsel
Name of Counsel


**Law Firm:**         Wilmer Cutler Pickering Hale and Dorr LLP
**Address:**          950 Page Mill Road
**City, State, ZIP:** Palo Alto, CA 94304
**Telephone :**       650-858-6000
**FAX:**              650-858-6100
**E-mail Address:**   Arthur.Coviello@wilmerhale.com

ActiveUS 112614331v.2

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jul 12, 2013
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Dana O. Burwell | /s/ Dana O. Burwell |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Wilmer, Cutler, Pickering, Hale & Dorr LLP
Address: 60 State Street
City, State, ZIP: Boston, MA 02109
Telephone Number: 617-526-6000
FAX Number: 617-526-5000
E-mail Address: dana.burwell@wilmerhale.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.